with that choice, though it can scarcely claim that its motivation for purchasing the mobile home parks is not commercial. The fact that the legislature's handiwork does not meet Brookside's financial tastes does not render the statute constitutionally unpalatable. The point is denied.

### III.

The judgment of the trial court is affirmed.

All concur.

**ORDER**

**PER CURIAM.**

Appeal from the denial of a Rule 29.15 motion for post-conviction relief. Affirmed. Rule 84.16(b).

---

**Paul J. MARNETT, Appellant,**

v.

**AMERICAN EMPLOYERS' INSURANCE COMPANY and Jessie Nichols, Respondents.**

**No. WD 46050.**

Missouri Court of Appeals, Western District.

Jan. 5, 1993.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 2, 1993.

Application to Transfer Denied April 20, 1993.

David Q. Reed, Kansas City, for appellant.

David S. Baker, Ellen R. Klausen, Kansas City, for American Employers' Ins. Co.

James S. Stubbs, Kansas City, for respondent.

Before BERREY, P.J., and ULRICH and SMART, JJ.

---

**Richard Dale COLLINS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 45749.**

Missouri Court of Appeals, Western District.

Jan. 5, 1993.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 2 and 30, 1993.

David S. Rauzi, Kansas City, for appellant.

William L. Webster, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

Before BERREY, P.J., and ULRICH and SMART, JJ.

ORDER

PER CURIAM.

Appeal from the trial court's judgment in an automobile collision case. Affirmed. Rule 84.16(b).

STATE of Missouri, Respondent,

v.

Michael A. DAVIS, Appellant.

Michael Allen DAVIS, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 44132.

Missouri Court of Appeals, Western District.

Jan. 5, 1993.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 2, 1993.

Application to Transfer Denied April 20, 1993.